WESTERN NAT. BANK OF CITY OF NEW YORK, Respondent, v. FLANAGAN, Appellant. (City Court of New York, General Term. February 11, 1895.) Action by the Western National Bank of the City of New York against William W. Flanagan. Wise & Flanagan, for appellant. Charles F. MacLean, for respondent.

NEWBURGER, J. This is an appeal from a judgment entered on a verdict, rendered by direction of the court in favor of plaintiff. The defense is that the note was accommodation paper, and was diverted, and that the plaintiff, at the time of making the same, had notice of these facts. The record clearly shows that the bank took the note in the regular course of business, and there was no evidence of any diversion, and therefore the trial justice properly denied defendant's motion for a direction of a verdict in his favor. The judgment appealed from must be affirmed, with costs.

---

WINTERSON v. HITCHINGS et al. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Maria L. Winterson against Hector M. Hitchings and another. E. F. Bullard, for plaintiff. Hector M. Hitchings, for defendants. No opinion. Motion for reargument denied, with $10 costs. See 31 N. Y. Supp. 127.

---

WOLF et al. v. PARKE. (City Court of New York, General Term. March 19, 1895.) Action by Herman A. Wolf and Augusta A. Wolf against Robert Parke. J. Offenbach, for appellant. Fromme Brothers, for respondents.

EHRLICH, C. J. The proofs show that the excise license which the receiver desired the defendant to transfer was not owned by him, but by the Henry Elias Brewing Company, which corporation paid the fee to obtain it, and embraced it in a mortgage held by it. The application below, therefore, was properly denied, and the order appealed from must be affirmed, with costs.

---

WRIGHT, Respondent, v. LOBDELL, Appellant. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by Frank N. Wright against Bradley N. Lobdell. No opinion. Judgment affirmed, with costs.

---

WUENSCH, Respondent, v. PULITZER, Appellant. (Supreme Court, General Term, First Department. March 15, 1895.) Action by August Wuensch against Albert Pulitzer, president. C. J. Shearn, for appellant. J. Lehman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

YORK, Respondent, v. AETNA LIVE-STOCK INS. CO., Appellant. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by Helery L. York against the Aetna Live-Stock Insurance Company. No opinion. Judgment affirmed, with costs.